# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80932-CV-MIDDLEBROOKS

GARFIELD SPENCE,

    Plaintiff,

v.

WELLING REALTY LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed July 21, 2023.  (DE 9).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have served neither.  Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.**  The Clerk of Court shall **CLOSE THIS CASE.**  All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 24th day of July, 2023.

_____
Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record